

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JEROME STIDHAM,<br><br>              Petitioner,<br><br>  vs.<br><br>JIM MacDONALD,<br><br>              Respondent. | Case No. EDCV 10-120-GAF (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that, unless within twenty-one (21) days, petitioner either (a) files a Second Amended Petition limited to his already exhausted federal constitutional claims (i.e., Ground Two and the part of Ground One alleging ineffective assistance of trial counsel based on the failure to request a jury instruction pursuant to Cal. Penal Code § 803(g)), or (b) withdraws Grounds Three, Four, and Five, as well as all the parts of Ground One other than the ineffective assistance of trial counsel

claim based on the failure to request a jury instruction pursuant to Cal. Penal Code § 803(g), Judgment be entered denying the operative First Amended Petition and dismissing this action without prejudice for failure to exhaust state remedies.

DATED: 4/23/10

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

2