

"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 2 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KENNETH JEROME STIDHAM,           )      Case No. EDCV 10-0120-GAF (RNB)
                                  )
                 Petitioner,      )      ORDER ADOPTING FINDINGS,
                                  )      CONCLUSIONS AND
        vs.                       )      RECOMMENDATIONS OF UNITED
                                  )      STATES MAGISTRATE JUDGE
                                  )
MATTHEW CATE, Secretary,          )
                                  )
                 Respondent.      )
_____)

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, including the Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation and the Supplemental Report and Recommendation have been filed herein. Having made a _de novo_ determination of those portions of the Report and Recommendation and the Supplemental Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge, as supplemented by the Supplemental Report and Recommendation.

IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; (2) petitioner's request to "suspend" the proceedings

while petitioner pursues further collateral relief in the state courts is denied; and (3) Judgment be entered denying the operative Second Amended Petition and dismissing this action with prejudice.

DATED: _____12/27/10_____

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE