ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6 ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 2 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KENNETH JEROME STIDHAM,                          )          Case No. EDCV 10-0120-GAF (RNB)
                                                 )
                          Petitioner,            )
                                                 )
          vs.                                    )                    **J U D G M E N T**
                                                 )
MATTHEW CATE, Secretary,                         )
                                                 )
                          Respondent.            )
_____  )

          Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

          IT IS HEREBY ADJUDGED that the operative Second Amended Petition is denied and this action is dismissed with prejudice.

DATED: ___12/27/10___

                                                 _____
                                                 GARY A. FEESS
                                                 UNITED STATES DISTRICT JUDGE